■ In the Matter of GARY S. ROSIMINI et al., Appellants, v TOWN OF WESTERN et al., Respondents. [987 NYS2d 278]—Appeal from a judgment (denominated order) of the Supreme Court,

Oneida County (David A. Murad, J.), dated March 11, 2013 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., Centra, Carni, Whalen and DeJoseph, JJ.